**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TRUESIGHT COMMUNICATIONS LLC, <br> Plaintiff, <br> v. <br> GOOGLE LLC, <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) | Case No. 2:26-cv-01004 <br> **JURY TRIAL DEMANDED** |

**PLAINTIFF'S RULE 7.1(a)(1) DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Truesight Communications LLC states that it has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

Dated: November 6, 2026

Respectfully submitted,

*/s/ Vincent J. Rubino, III*

Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@frlip.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@frlip.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@frlip.com
**Fabricant, Rubino & Lambrianakos LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***ATTORNEYS FOR PLAINTIFF TRUESIGHT COMMUNICATIONS LLC***