**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TRUESIGHT COMMUNICATIONS LLC, | ) | Case No. 2:26-cv-01004 |
| Plaintiff, | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| GOOGLE LLC, | ) | |
| Defendant. | ) | |

**NOTICE OF ATTORNEY APPEARANCE**

Notice is hereby given that the undersigned attorney, Vincent J. Rubino, III, enters his appearance in this matter for Plaintiff Truesight Communications LLC, for purposes of receiving notices and orders from the Court.

Dated: November 6, 2026

Respectfully submitted,

*/s/ Vincent J. Rubino, III*

Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@frlip.com
**Fabricant, Rubino & Lambrianakos LLP**
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***ATTORNEYS FOR PLAINTIFF TRUESIGHT COMMUNICATIONS LLC***